**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

In Re:
MELISSA SHOAF RAY                              )
                                               )
                                               )
                                               )          No: 15-11338
              Debtor(s)                        )


## MOTION TO BE ALLOWED TO WITHDRAW AS ATTORNEY FO RECORD FOR

## DEBTOR

The undersigned hereby requests permission form this Court to withdraw as counsel for

the Debtor as the Debtor has notified the undersigned in writing by certified mail of her desire to

terminate the undersigned as counsel for the Debtor.  The undersigned is not aware of any new

counsel being hired by the Debtor or the identity of any proposed new counsel for the Debtor.

WHEREFORE the undersigned askes that this Court enter and Order:

1.  Granting this Motion allowing the undersigned to withdraw as Counsel for

the Debtor; and

2.  For such other and further relief as the Court may deem just and proper.

This 19th day of September, 2016.


                                        /s/ J. Marshall Shelton
                                        J. Marshall Shelton
                                        State Bar No. 31784
                                        *Attorney for Debtor*
                                        2280 S. Church Street
                                        Suite 203
                                        Burlington, NC  27215
                                        (336) 376-7060


OF COUNSEL:

Taylor Law, P.A.
2280 S Church Street, Suite 203
Burlington, NC  27215

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the undersigned has served a copy of the foregoing instrument by depositing the same, enclosed in a post-paid wrapper, properly addressed or by electronic means to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service, in the manner prescribed by law:

Alamance County Clerk of Superior Court
1 Court Square
Graham, NC 27253

Alamance County Tax Department
124 West Elm Street
Graham, NC 27253

American Express
PO Box 981537
El Paso, TX 79998

Attorney General of the United States
Loretta E. Lynch
US Dept. Of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

BB&T
Attn: Credit Dispute Dept.
PO BOX 1847
Wilson, NC 27894-1847

Billy V. Ray Jr.
4110 Azurite Street
Cumming, GA 30040

BMW Group Financial Service
PO BOX 3608
Dublin, OH 43016-0306

Bombay Co./CBNA
Gray Operations Center PO BOX 6497
Sioux Falls, SD 57117-6497

Capitol One
Attn: Bankruptcy Claims Servicer
PO Box 30285
Salt Lake City, UT 84130-0285

Chase Bank
PO Box 15298
Wilmington, DE 19850

CitiFinancial
605 Munn Rd. E
C/S Care Dept.
Fort Mill, SC 29715

City of Burlington Tax Division
425 S. Lexington Ave.
Burlington, NC 27215

Credit Bureau
PO Box 26140
Greensboro, NC 27402

Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8872

Discover Financial Services, LLC
PO Box 15316
Wilmington, DE 19850

Employment Security Commission
PO Box 26504
Raleigh, NC 27611

Firstpoint Collection Resources
PO Box 26140
Greensboro, NC 27402-6140

Firstsource Advantage, LLC
7650 Magna Dr.
Belleville, IL 62223-3366

GECRB/ JC Penneys
PO Box 984100
El Paso, TX 79998

GECRB/Dillards DC
PO Box 965005
Orlando, FL 32896-5005

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

K-Built Pools
3331 S. Church Street
Burlington, NC 27215

Law Offices of Crystal Mor
17 Squadron Blvd.
New City, NY 10956-5214

Macy's/DSNB
PO Box 17759
Clearwater, FL 33762-0759

Metabank Capital Credit Card
PO BOX 5065
Sioux Falls, SD 57117-5065

NC Department of Revenue
PO Box 25000
Raleigh, NC 27640-0002

Rossabi Black Slaughter PA
P.O. Box 41027
Greensboro, NC 27404-1027

Sears/CBNA
133200 Smith Rd.
Cleveland, OH 44130

Select Portfolio Services
c/o Shapiro & Ingle LLP
10130 Perimeter Parkway

Shell/ CitiBank SD
PO Box 6497
Sioux Falls, SD 57117

Target National Bank
C/O Target Credit Services
PO Box 673
Minneapolis, MN 55440-0673

Tek Collect
PO Box 1269
Columbus, OH 43216

Town of Elon
Tax Department
104 S. Williamson Ave.
Elon, NC 27244

United States Attorney's Office
Middle District of North Carolina
101 South Edgeworth Street 4th Floor
Greensboro, NC 27401

Witherspoon Rose Culture
3312 Watkins Road
Durham, NC 27707

Anita Jo Kinlaw Troxler
Greensboro Chapter 13 Office
500 W Friendly Avenue
PO Box 1720
Greensboro, NC  27402-1720

Melissa Shoaf Ray
2919 Truitt Drive
Burlington, NC  27215

RE/MAX Diamond Realty
202 S Fifth Street
Mebane, NC  27302

Samuel J. Parker
Leigh H. Parker
2209 Teal Ct.
Burlington, NC  27215

William Miller
Bankruptcy Administrator's Office
101 South Edgeworth Street
Greensboro, NC  27401

Melissa S. Ray
2919 Truitt Dr.
Burlington NC. 27215


This the 15th day of March, 2016.


*/s/ J. Marshall Shelton*
J. Marshall Shelton
State Bar No. 31784
*Attorney for Debtor*
2280 S. Church Street
Suite 203
Burlington, NC  27215
(336) 376-7060