Melissa S. Ray
2919 Truitt Dr.
Burlington, NC 27215

September 30, 2016

Clerk, US Bankruptcy Court
101 S. Edgeworth St.
P.O. Box 26100
Greensboro, NC 27240-6100

To Whom it may Concern,

Re. Bankruptcy case 15-11338 Melissa S. Ray

I would like to object to fees filed by Marshall Shelton, Attorney

Thank you,
Melissa S. Ray