United States Bankruptcy Court
Middle District of North Carolina

Re: Melissa S. Ray
Debtor
Case # 15-11338
Chapter 13

Objection for initial allowance of fees and reimbursement of Expenses of Marshall Shelton.

1. I, Melissa S. Ray, was a client of J. Marshall Shelton from March 2015 thru August 9, 2016.

2. The Chapter 13 proceedings did involve complicated matters, but Mr. Shelton has been compensated. It was my understanding his fees would be paid out of the Chapter 13 plan.

3. I do not believe Mr. Shelton spent 64.25 hours on this case, maybe from the very beginning, but not from December 14, 2015 to August 9, 2016.

4. I do believe Mr. Shelton did provide some services, but not in the way he states.

WHEREFORE, I Melissa S. Ray prey:

1. That Mr. Shelton not be allowed compensation in the amount of $15,800.

2. That Mr. Shelton not be allowed fees for future services, as there should be none.

Respectfully Submitted,
This the 10 November 2016

*Melissa S. Ray*   11-10-16
Melissa S. Ray
Debtor
2919 Truitt Drive
Burlington NC 27215

Nov 10, 2016

To Whom it may concern
Re: case 15-11338  Melissa Ray

My attorney quit. I have no idea if this is right or not. Clearly, I am not an attorney.

Thank you,
Melissa Ray

| Date | Note |
|---|---|
| 1/05/16 | Did not meet with Mr. Shelton |
| 1/13/16 | Did not meet with Mr. Shelton |
| 1/20/16 | Meeting lasted 1 hr. (not 2 hrs) |
| 1/21/16 | I did receive an email (3 sentences) I do not know who "Debtor's Principle" is |
| 1/27/16 | My brother did not receive a letter from Mr. Shelton Realtor did not receive a letter Accountant did not receive a letter Therefore, I do not believe these letters were drafted by Mr. Shelton. |
| 2/03/16 | Mr. Shelton talked to my accountant for 16 minutes I did not receive an email from Mr. Shelton My business was sold July 31, 2015. |
| 2/16/16 | No contact with me or my accountant |
| 2/24/16 | No contact with me or my accountant |
| 2/25/16 | Mr. Shelton did not contact my Realtor |
| 3/8/16 | I spoke with Marshall for 15 minutes Marshall spoke with my accountant for 15 minutes |
| 3/10/16 | Marshall did not speak with Realtor or Accountant |
| 3/23/16 | Did not speak with Accountant |
| 4/1/16 | I spoke with Marshall for 15 minutes |

4/4/16  Spoke with Marshall for 20 minutes

4/6/16  My insurance agent said she did not speak to Marshall. (She tried calling him many times but he never returned calls).

4/18/16  Did not call Marshall

4/19/16  I did not know there was a discussion with trustee as to valuation of note from sale of Business. Why? Business was sold 9 months prior.

4/23/16  1 hour for 3 emails?

4/26/16  Did not speak with closing attorney for 2 hours. What other lien issues?

4/29/16  Marshall was supposed to have filed for release of liens in December 2015, but he did not. My tax attorney emailed Marshall on 5/2/16 about releasing tax lien. I have the email.

5/9/16  My brother told me his attorney never heard from Marshall.

5/12/16  Did not send Marshall emails. The mortgage company was not objecting.

5/23/16  Did not send email. Did not receive email

6/13/16  Marshall did not send email to attorney

| Description | Amount | Running Balance | Approximate Date |
|---|---|---|---|
| Initial Payment in from Sale of Assets of Sweet Tooth Gourmet Inc. | $33,000 | 33000 | 8/3/2015 |
| Sweet tooth Gourmet Inc - Payroll taxes | 951 | 32049 | 8/7/2015 |
| J. Hunt Johnson - Legal Fees | 344 | 31705 | 8/18/2015 |
| Chisolm Service Inc | 893.61 | 30811.39 | 8/21/2015 |
| IRS - tax levy on Sweet Tooth Gourmet Inc | 5170.59 | 25640.8 | 8/25/2015 |
| NC Secretary of State - recording and filing fees for securiity interest (reimbursed to Attorney no check number) | 138 | 25502.8 | 8/25/2015 |
| RCC / Pure Force | 400 | 25102.8 | 8/25/2015 |
| JTL Properties | 2645 | 22457.8 | 8/25/2015 |
| Melissa Ray | 395 | 22062.8 | 11/10/2015 |
| Melissa Ray | 400 | 21662.8 | 11/19/2015 |
| Melissa Ray | 795 | 20867.8 | 12/15/2018 |
| Melissa Ray | 795 | 20072.8 | 1/20/2016 |
| Reimbursement for postage/fed ex (no check number) | 122.37 | 19950.43 | 10/1/2015 |
| September loan Payment | -795 | 20745.43 | 9/10/2015 |
| October Loan Payment | -795 | 21540.43 | 10/10/2015 |
| November Loan Payment | -795 | 22335.43 | 11/10/2015 |
| December Loan Payment | -795 | 23130.43 | 12/10/2015 |
|  |  | 23130.43 |  |
| Attorneys fees (Sweet Tooth Sale and documentation) | 12550 | 10580.43 | 8/30/2015 |

| | | | |
|---|---|---|---|
| Melissa Ray' oustanding chapter 13 fee from case #15-10349 | 3000 | 7580.43 | 8/30/2015 |
| attornys fees for claims review and disbursement | 2800 | 4780.43 | 10/1/2015 |
| Amount still in trust | | 4780.43 | |

| | |
|---|---|
| Duke Power | Check was sent but never cashed by Creditor |
| US Foods | Check was sent but never cashed by Creditor |
| There are 3 more of these but I cannot read the Carbon Duplicate | Check was sent but never cashed by Creditor |

Melissa S. Ray
2919 Truitt Dr.
Burlington, NC 27215

August 25, 2016

Marshall Shelton
Taylor Law Firm
2260 S. Church St. Suite 203
Burlington, NC 27215

Re: Termination Letter

Dear Mr. Shelton,

After careful consideration, I have decided to terminate our Client-Attorney relationship effective immediately.

I would request that you stop providing any additional representation on my behalf. I will be securing the services of a new attorney to represent my interests and will provide you with that information as soon as possible.

I would request that my entire file be transferred to his/her office.

My decision has come after over a year of feeling that there has been a lack of communication, a mishandling of funds, and your failure to act diligently and compassionately on my legal behalf.

I will be contacting the Trustee.

I would lastly request that you provide me a detail billing statement.

Sincerely,

Melissa S. Ray

Melissa S. Ray
2919 Truitt Dr.
Burlington, NC 27215

September 30, 2016

Clerk, US Bankruptcy Court
101 S. Edgeworth St.
P.O. Box 26100
Greensboro, NC 27240-6100

To Whom it may Concern,

Re: Bankruptcy case 15-11338 Melissa S. Ray

I would like to object to fees filed by Marshall Shelton, Attorney.

Thank you,
Melissa S. Ray